PEARL S. MARKS, Respondent, *v.* GUSTAV MARKS, Appellant.

Submitted October 4, 1954; decided October 21, 1954.

*Walter W. Davis* for motion.

*James Holden* opposed.

Motion dismissed upon the ground that the order does not finally determine an action or a special proceeding within the meaning of the Constitution.